**FILED**
Oct 23, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHAEL EDWARD LIPIRA,<br>Defendant. | CASE NO. 1:26-MJ-00122-EPG<br><br>**ORDER UNSEALING COMPLAINT** |

The United States of America, having arrested the defendant, Michael Edward Lipira, on an arrest warrant, and the need for sealing the criminal complaint and related documents having ceased;

IT IS ORDERED that the criminal complaint and arrest warrant shall be unsealed in their entirety.

Dated: **Oct 23, 2026**

HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE